No. 99–9078.  OCHOA v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–9079.  RENWICK v. ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 99–9087.  McCLENDON v. MISSISSIPPI.  Ct. App. Miss. Certiorari denied.

No. 99–9092.  BARELA v. REED ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–9099.  GONZALEZ MEJIAS ET AL. v. M/V EMILY S. ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 99–9104.  HOLSEY v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 99–9110.  BLAYLOCK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–9113.  MUSGROVE v. PAGE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 99–9114.  MERRIMAN v. TRIPPETT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–9115.  CHEATHAM v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–9117.  WILLIAMS v. HEAD, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 99–9119.  WILLIAMS v. POLUNSKY ET AL.  C. A. 5th Cir. Certiorari denied.

No. 99–9121.  BENTON v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 99–9122.  BRIDGEWATER v. CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.